ISADORE ROSEN, Respondent, *v.* SAMUEL GRAY, Appellant.

*Appeal — motion to dismiss denied.*

Reported below, 221 App. Div. 829.

(Submitted November 28, 1927; decided December 6, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 5, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon a stipulated reduction of the amount of a verdict.

The motion was made upon the ground that permission to appeal had not been obtained.

*Ellsworth Baker* for motion.

*John D. Lyons* opposed.

Motion denied, with ten dollars costs.